UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK BRETT,

        Plaintiff,

-vs-                                        Case No. 6:08-cv-383-Orl-28GJK

SANFORD POLICE DEPT., OFFICER
DAVIS, CANGERMAN & CENTERPIT,
TARGET, KEVIN LAPATA, NICHOLE
LAPATA, DON ROSENN, KEITH
SAUERGN, LANEY SAUERGN,
STEPHANIE BINGHAM LAPATA, EMILY
LAPATA, BYRON BLEDSOE,
UNKNOWN RABBI, MAGDALIA PAGAN
CHURCH OF THE NAZAREEN,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed March 12, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 14, 2008 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *in forma pauperis* is **DENIED**.

3. Plaintiff's Complaint is dismissed without prejudice.

4. All pending motions are **DENIED as moot.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of May, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party